IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PROVIDENCE PROPERTY & CASUALTY INSURANCE COMPANY; IMPERIAL CASUALTY AND INDEMNITY COMPANY; and PROVIDENCE HOLDINGS, INC. | § § § § § | |
| v. | § § | Case No. 4:08-cv-298 |
| PYRAMID DIVERSIFIED SERVICES, INC. d/b/a Simple HR; PACA, INC.; PACA QUATRO, LLC; and SKILSTAF, INC. | § § § § | |

## FINAL JUDGMENT

Pursuant to the Court's order dismissing the case without prejudice filed in this matter on this date, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

SIGNED this 29th day of September, 2008.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE